v.

The STATE of Texas, Appellee.

No. 27176.

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

Ella RAY, Appellant,

v.

The STATE of Texas, Appellee.

No. 27181.

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

516

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the unlawful sale of whisky in a dry area; the punishment, a fine of $200.

All proceedings appear to be regular and nothing is presented for review in the absence of a statement of facts and bill of exception.

The judgment is affirmed.